IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JAVON LAMONT LEACH,            )
                               )
          Petitioner,          )
                               )
     v.                        )       1:09-cr-356-1
                               )       1:20-cv-924
UNITED STATES OF AMERICA,      )
                               )
          Respondent.          )
```

### ORDER

On November 6, 2023, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 71, 72.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 71), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Amended Motion to Vacate, Set Aside or Correct Sentence, (Doc. 62), is **DENIED** and this action is hereby **DISMISSED.** The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 20th day of December, 2023.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
United States District Judge